**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Allison Sharits
Plaintiff,
v.
Dustin Dernier, et al.
Defendant.

Case No.: 1:25−cv−11944
Honorable Mary M. Rowland

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2026:

MINUTE entry before the Honorable Mary M. Rowland: Motion hearing held. For the reasons stated on the record, motions by defendant Velocity Ventures Group, LLC to bifurcate discovery [73] is taken under advisement. Velocity's original motion to bifurcate [57] is denied as moot. Velocity is to produce the discovery it has committed to producing by 9/21/26. Motion by Tribal Defendants for protective order [53] is taken under advisement. The court will rule by mail. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.